[DO NOT PUBLISH]

In the

# United States Court of Appeals

## For the Eleventh Circuit

_____

No. 21-11319

Non-Argument Calendar

_____

LISA NELSON,

Plaintiff-Appellant,

*versus*

HEALTH SERVICES, INC.,

Defendant-Appellee.

_____

Appeal from the United States District Court
for the Middle District of Alabama
D.C. Docket No. 2:17-cv-00590-ECM-SRW

_____

Before WILSON, LUCK, and LAGOA, Circuit Judges.

PER CURIAM:

Lisa Nelson appeals the district court's grant of summary judgment on her Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 2000e-3(a), retaliation claim regarding her position change and salary reduction in 2015. On appeal, she argues that the district court erred when it applied the "manager exception" from Fair Labor Standards Act, 29 U.S.C. § 215(a)(3), retaliation jurisprudence to her Title VII retaliation claim.

We recently rejected the use of the "manager exception" in Title VII cases, holding that the text of Title VII's "anti-retaliation provision applies the same to all employees." *Patterson v. Ga. Pacific, LLC*, No. 20-12733, 2022 WL 2445693, at *7 (11th Cir. July 5, 2022). Accordingly, we reverse the grant of summary judgment and remand for further proceedings consistent with our opinion in *Patterson*. On remand, the district court must address Health Services, Inc.'s other arguments for summary judgment.

**REVERSED AND REMANDED.**